KATHLEEN S. BONNER, Appellant. (C) JOHN B. WAGNER, Appellant, v. OTIS ELEVATOR COMPANY et al., Respondents. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK MORGAN, Appellant.— [In each action] Appeal dismissed for failure to comply with previous order.

■ (A) JOHN MOLINARI, Appellant, v. GARDEN PARTY HOUSE, INC., Respondent. (Donald Spadone for De Cesare, Celli & Cerulli.) (B) WILLIAM LOMBARD, Appellant, v. BEVERLY DOBSON, as Administratrix of the Estate of Raymond R. Dobson, Deceased, Respondent. (MacFarlane, Harris, Martin, Kendall & Dutcher for Frederick M. Marshall.) (C) THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT ECKERT (William J. Bruckel, Esq. for Charles D. Newton, Esq.; Order entered March 6, 1962). (D) THE PEOPLE OF THE STATE OF NEW YORK v. BRUCE McCOY (Eugene Van Voorhis, Esq., for Robert Craig, Esq.; Order entered March 6, 1962). (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE HUNT v. WALTER H. WILKINS, as Warden of Attica Prison (Hugh McM. Russ, Jr., Esq. for Robert H. Miltenberger, Jr., Esq.; Order entered March 6, 1962). (F) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES BARONE (JOHN I. O'DAY, Esq. for Anne M. Mack; Order entered March 6, 1962). (G) THE PEOPLE OF THE STATE OF NEW YORK v. ROYCE ALFRED PERRY (John McCormack, Esq. for William Hoag, Esq.). (H) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN COLAVECCHIO (Robert A. Small, Esq., for Murray J. S. Kirshstein, Esq.) — [In each action] Order of substitution of attorneys entered.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. HAROLD SINK, CHARLES WARNER and EDWARD KLAMM, Respondents. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SAM LONGO and BRUCE THOMAS SHATTUCK, Respondents. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. PERCY HARRIS, JOAN PAT PHILLIPS, MICHAEL J. KRISAK, BRUCE THOMAS SHATTUCK, JACK HAZEL and SAM LONGO, Respondents.— Motion granted and appeals added to calendar for argument on April 10, 1962; respondents' briefs may be typewritten and are to be filed on or before April 6, 1962. (Order entered March 27, 1962.)

■ JOSEPH P. D'ANGELO, Respondent, v. JEANETTE E. GREENBERG, Doing Business as ATLANTIC HEATING & EQUIPMENT CO., Appellant.— Motion granted to add appeal to calendar for argument on April 10, 1962; if respondent wishes to file a brief it must be filed on or before April 6, 1962. (Order entered March 27, 1962.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BURNIE McCALL, Appellant.— Motion granted and appeal added to calendar for argument on April 10, 1962; appeal to be heard on original papers and typewritten briefs; appellant's brief to be filed on or before March 31, 1962 and respondent's brief by April 6, 1962. (Order entered March 27, 1962.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HANNS STEUERWALD, Appellant.— Motion to enlarge time for argument of appeal to May Term denied; case set down for argument on April 10, 1962. Supplemental briefs must be filed and served on or before April 6, 1962. (Order entered March 27, 1962.)

■ CLYDE A. DICKERSON, Respondent, v. HELMA V. JOHNSON, Appellant. — Motion granted and order of substitution of party entered. (Order entered March 27, 1962.)

■ In the Matter of the Construction of the Will of ELLIS A. BARNES, Deceased.— Motion to amend notice of appeal granted. Appeal dismissed unless records and briefs are filed and served on or before May 1, 1962.

■ In the Matter of the Probate of the Will of GEORGE KLEIN, Deceased. — Appeal dismissed for failure to comply with previous order, without costs.